**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>SHAWKI THOMAS, )<br>)<br>Defendant. )<br>_____ ) | **INDICTMENT**<br><br>**CRIM. NO.   2015-0031**<br><br>Felon in Possession of a Firearm<br>     18 U.S.C. §922(g)<br><br>Poss Firearm Obliterated Serial Number<br>     18 U.S.C. §922(k)<br><br>Unlawful Mailing Firearm<br>     18 U.S.C. §1715 |

The Grand Jury charges:

USA v. Shawki Thomas, Crim No. 2015/
Indictment - USA0 No. 2015-R00135

## COUNT ONE

On or about August 14, 2015 at St. Croix, District of the Virgin Islands, the defendant,

### SHAWKI THOMAS

having been convicted in the Superior Court of the Virgin Islands, of a crime punishable by imprisonment of a term exceeding one year, did knowingly possess a firearm to wit: two Glock lower firearm receivers and one Beretta lower firearm receiver, that had been shipped and transported in interstate commerce,

in violation of Title 18, United States Code, Section 922(g).

USA v. Shawki Thomas, Crim No. 2015/
Indictment - USA0 No. 2015-R00135

## COUNT TWO

On or about August 14, 2015 at St. Croix, District of the Virgin Islands, the defendant,

## SHAWKI THOMAS

knowingly possessed, in and affecting interstate and foreign commerce, a firearm, that is, the

lower receiver of a Glock handgun, the serial number of which was obliterated,

in violation of Title 18, United States Code, Section 922(k).

USA v. Shawki Thomas, Crim No. 2015/
Indictment - USA0 No. 2015-R00135

## COUNT THREE

On or between August 1, 2015 to August 14, 2015 at St. Croix, District of the Virgin

Islands, the defendant,

## SHAWKI THOMAS

did knowingly cause to be delivered by mail according to the direction thereon, three firearms

declared nonmailable by statute, to wit: two Glock lower receivers and one Beretta lower receiver,

in violation of Title 18, United States Code, Section 1715.

4

USA v. Shawki Thomas, Crim No. 2015/
Indictment - USA0 No. 2015-R00135

## <u>NOTICE OF FORFEITURE</u>

The Grand Jury Further Charges That:

As a result of the violations of Title 18, United States Code, Sections 922(g), 922(k) and 1715 as set forth in this information, the defendant

### SHAWKI THOMAS

shall forfeit to the United States of America, the firearms and ammunition involved in the commission of the offenses, including, but not limited to:

*two Glock handgun lower receivers*

*one Beretta handgun lower receiver*

*three Glock handgun magazines*

*two Beretta handgun magazines*

All pursuant to Title 18, United States Code, Section 924(d) and Title 28 United States Code, Section 2461(c).

USA v. Shawki Thomas, Crim No. 2015/
Indictment - USA0 No. 2015-R00135

RON SHARPE,
UNITED STATES ATTORNEY

BY: _____
Christian H. Stringer
Assistant U.S. Attorney


        DISTRICT COURT OF THE VIRGIN ISLANDS: Returned into the District Court this
27th day of October 2015 by Grand Jurors and filed.

GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE

8